UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 11cr4986-JLS |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO DISMISS** |
| DAVID MICHAEL FORBES, | ) ) | **AND JUDGMENT** |
| Defendant. | ) ) | |

### ORDER AND JUDGMENT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that Criminal Case No. 11cr4986-JLS be dismissed without prejudice.

DATED: February 23, 2012

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge